**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INDRATATI SELAMET,<br><br>     Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>     Respondent. | No. 18-70077<br><br>Agency No. A088-129-499<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 19, 2019[**]

Before:  FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

  Indratati Selamet, a native and citizen of Indonesia, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying her motion to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and

---

  [*]  This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

  [**]  The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

we deny the petition for review.

The BIA did not abuse its discretion in denying Selamet's untimely motion to reopen where Selamet failed to establish materially changed country conditions in Indonesia to qualify for the regulatory exception to the filing deadline. *See* 8 C.F.R. § 1003.2(c)(2)-(3); *Najmabadi*, 597 F.3d at 986 ("The BIA can deny a motion to reopen [for] . . . failure to introduce previously unavailable, material evidence . . ." (citation omitted)).

We deny Selamet's request for judicial notice (Docket Entry No. 12).

**PETITION FOR REVIEW DENIED.**

18-70077